

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00671-CV

Rosalinda **PEREZ** and Stephanie Becerra,
Appellants

v.

**ROSEMONT AT BETHEL PLACE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-05218
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellants Rosalinda Perez and Stephanie Becerra.

SIGNED February 28, 2018.

_____
Patricia O. Alvarez, Justice